Matter of Nelson (New York City Tr. Auth.--Commissioner of Labor) (2025 NY Slip Op 03112)

Matter of Nelson (New York City Tr. Auth.--Commissioner of Labor)

2025 NY Slip Op 03112

Decided on May 22, 2025

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:May 22, 2025

CV-23-1851
[*1]In the Matter of the Claim of Gerald Nelson, Appellant. New York City Transit Authority, Respondent. Commissioner of Labor, Respondent.

Calendar Date:April 18, 2025

Before:Garry, P.J., Aarons, Reynolds Fitzgerald, McShan and Powers, JJ.

Gerald Nelson, Brooklyn, appellant pro se.
MTA New York City Transit, Brooklyn (Melissa D. Medilien of counsel), for New York City Transit Authority, respondent.
Letitia James, Attorney General, New York City (Gary Leibowitz of counsel), for Commissioner of Labor, respondent.

Appeal from a decision of the Unemployment Insurance Appeal Board, filed February 22, 2023, which ruled that claimant was disqualified from receiving unemployment insurance benefits because his employment was terminated due to misconduct.
Decision affirmed. No opinion.
Garry, P.J., Aarons, Reynolds Fitzgerald, McShan and Powers, JJ., concur.
ORDERED that the decision is affirmed, without costs.